United States District Court
Southern District of Texas
**ENTERED**
November 29, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ELIJAH BURKE SWALLOW, TDCJ #2100152, | § § § |
| Plaintiff, | § § |
| v. | §   CIVIL ACTION NO. H-20-2232 |
| SHERIFF ED GONZALEZ, et al., | § § § |
| Defendants. | § |

## FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED with prejudice**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 29th day of November, 2021.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE